**Michael Brian WOOLMAN,
Plaintiff–Appellant**

v.

**WARD OF LANCASTER COUNTY; Cedars Ward of Adoptions; Michael Dowd; State Farm; Judy M. Woolman, as Guardianship & Conservatorship Defendants–Appellees.**

No. 13–3384.

United States Court of Appeals, Eighth Circuit.

Submitted: March 17, 2014.

Filed: March 20, 2014.

Michael Brian Woolman, Lincoln, NE, pro se.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

Before WOLLMAN, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Michael Woolman appeals the district court's [1] without-prejudice dismissal of his civil action for failure to state a claim. Upon careful de novo review, *see Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam) (standard of review), we conclude that the district court properly dismissed the action for failure to state a claim, *see Stone v. Harry,* 364 F.3d 912, 914 (8th Cir.2004) (pro se complaints are to be liberally construed, but must still allege sufficient facts to support claims advanced). The judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.